IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. CR599-004 |
| | ) |
| TIMOTHY TYRONE SMITH, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court is Defendant's Motion for Early Termination of Supervised Release. (Doc. 141.) In his motion, Defendant Timothy Smith seeks early termination from his five-year term of supervised release. The United States has responded in opposition to Defendant's motion. (Doc. 142.) Pursuant to 18 U.S.C. § 3583(e)(1), this Court may terminate a sentence and discharge a defendant from supervised release at any point after the defendant has completed one year of supervised release. After careful consideration of the record in this case, however, Defendant's motion is **DENIED**.

SO ORDERED this 31st day of January 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA